No. A-CV-44-81

COURT OF APPEALS OF THE NAVAJO NATION

September 16, 1982

Sherry NOREIGA, Minor,

and

Lester BABBITT, Husband, and Louise BABBITT, Wife,
Petitioners.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Patrice M. Horstman, Esq., Flagstaff, Arizona, for Appellant and
Michael V. Stuhff, Esq., Flagstaff, Arizona for Appellee.

It IS HEREBY STIPULATED by and between the undersigned
attorneys for the above named parties that Petitioners' claim in the
above-entitled and numbered action be dismissed with prejudice and that
each party pay their own costs.
Dated this 7th day of September, 1982.

ORDER

Upon Stipulation of the above named parties,
IT IS ORDERED that this action be and the same is hereby
dismissed with prejudice and without costs.